## Commonwealth *v.* Banks, Appellant.

Argued April 14, 1975. *John H. Corbett, Jr.,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,*

Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, with him *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.